WAWD (Rev. 2/2018) IFP and WrittenConsent

## UNITED STATES DISTRICT COURT
### Western District of Washington

Tiffany Recinos

Plaintiff

vs.

Maxim Healthcare①
Concerto Healthcare②

Defendant(s)

Case Number: 3:23-CV-05155-RJB

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS**

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) Tiffany Recinos declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows:

```
_____ FILED _____ LODGED
         _____ RECEIVED

         FEB 27 2023

    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                            DEPUTY
```

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

☐ Yes  Total amount of net monthly salary (take home pay) $ N/A

Name and address of employer N/A

☒ No  Date of last employment 10/2021  Total amount of last net monthly salary $ 5,600/mo

2. If married, is your spouse presently employed? ☒ Not married

☐ Yes  Total amount of spouse's net monthly salary (take home pay) $ _____

Name and address of employer _____

☐ No  Date of spouse's last employment _____ Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

a. Business, profession or other self-employment      $ 0
b. Income from rent, interest or dividends             $ 0
c. Pensions, annuities or life insurance payments      $ 0
d. Disability, unemployment, workers compensation or public assistance  $ 1,848.00/monthly
e. Gifts or inheritances                               $ 0
f. Money received from child support or alimony        $ 0
g. Describe any other source of income No other income $ 0

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ _200_    Checking Account $ _200_    Savings Account $ _8,000_

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☐ Yes

☒ No

$ _____

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children.)

☒ Yes

☐ No

I am a single Mom of 4 children.

$ Varies

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

16 yo son Conor has vehicle expenses I pay for.

$ Varies

8. Provide any other information that will help explain why you cannot pay court fees and costs.

On Disability for PTSD, otherwise unemployed.

I declare under penalty of perjury that the foregoing is true and correct.

_____    _Tiffany Recinos_    _Tiffany Recinos_
**Executed on: (Date)**    **Signature of Plaintiff (Required)**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I, (print your name) _Tiffany Recinos_

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

_____    _Tiffany Recinos_    _Tiffany Recinos_
**Executed on: (Date)**    **Signature of Plaintiff (Required)**