UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIFFANY RECINOS,

                Plaintiff,

v.

CONCERTO HEALTHCARE,

                Defendant.

No. 3:23-CV-5155-RJB

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 9).

(2) For the reasons detailed in the Report and Recommendation, Plaintiff's application to proceed IFP (Dkt. 1) is denied. Plaintiff's claims are dismissed without prejudice and all pending motions are stricken without prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 31st day of May, 2023.

                ROBERT J. BRYAN
                United States District Judge